Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
E-mail: nsmith@smrh.com
E-mail: nbruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
E-mail: scowley@eapdlaw.com
E-mail: dconlin@eapdlaw.com
E-mail: espinney@eapdlaw.com

Attorneys for Defendant Beacon Power Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BEACON POWER CORPORATION, <br><br> Defendant. | **Case No. 07-5167-WDB** <br><br> **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Honorable Wayne D. Brazil <br> United States Magistrate Judge <br><br> Complaint Filed: October 9, 2007 <br> Trial Date: Not Yet Set |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Names | Connection and Interest |
|---|---|
| Stephen P. Adik | Director |
| F. William Capp | Director |
| Daniel E. Kletter | Director |
| Virgil G. Rose | Director |
| Jack P. Smith | Director |
| Edward A. Weihman | Director |
| Quercus Trust, David Gelbaum and Monica Chavez Gelbaum, Trustees | Beneficial Owner with 17.1% Interest[1] |

---

[1] Beacon Power Corporation is a public company that has issued over 88,000,000 shares of stock. Other than Quercus Trust, no shareholder holds more than a 10% interest in Beacon Power Corporation.

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS         -2-                        Case No. 07-5167-WDB

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | BEACON POWER CORPORATION |
| 2 | | By its attorneys, |

/s/ Neil A. Smith
Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
E-mail:nsmith@smrh.com
E-mail:nbruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth A. Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
E-mail:scowley@eapdlaw.com
E-mail:dconlin@eapdlaw.com
E-mail:espinney@eapdlaw.com