Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth Anderson Spinney (MA Bar No. 657848) (pro hac vice)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbruno@smrh.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC.,<br><br>Plaintiff,<br>vs.<br><br>BEACON POWER CORPORATION,<br><br>Defendant. | Case No. 07-5167 (WDB)<br><br>STIPULATION AND [PROPOSED] ORDER FOR ONE EXTRA DAY TO FILE JOINT CASE MANAGEMENT STATEMENT<br><br>Initial CMC: February 6, 2008, 1:30 p.m.<br><br>Hon. Magistrate Judge Wayne D. Brazil |

The parties, by and through their respective counsel of record, stipulate and agree to request an order for a one-day extension of the filing deadline for the parties' Joint Case Management Conference Statement in advance of the Initial Case Management Conference

---

STIPULATION AND [PROPOSED] ORDER FOR ONE EXTRA DAY TO FILE JOINT
CASE MANAGEMENT STATEMENT –
C 07-5167 (WDB)

(scheduled for February 6, 2008 at 1:30 p.m.), such that the Statement shall now be due and filed on January 29, 2008. This is the second stipulated request for an extension of time the parties have filed in this case, but the first stipulated extension regarding the parties' Joint Case Management Conference Statement.

On December 14, 2007, this Court issued a Notice (Docket No. 15) continuing the Initial Case Management Conference to February 6, 2008 to coincide with the hearing on Defendant's Motion to Transfer Venue (Docket Nos. 8, 10). That Notice requires a pre-conference joint statement to be filed seven court days in advance of the conference, which is today, January 28, 2008. Due to traveling counsel, and to ensure the Joint Statement is as complete and productive as possible, the parties have agreed to this Stipulation to a one-day filing extension through and including tomorrow, January 29, 2008. All other deadlines currently set in the action shall remain the same.

**SO STIPULATED.**

Dated: January 28, 2008          PLAINTIFF ARETE POWER, INC.

By its attorneys,

/s/ Michael J. Collins
Edward W. Goldstein (Texas Bar No. 08099500)
(pro hac vice)
Michael J. Collins (Texas Bar No. 04614510)
(pro hac vice)
Jody M. Goldstein (Of Counsel)
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone (713) 877-1515
Facsimile (713) 877-1737
egoldstein@gfiplaw.com
mcollins@gfpiplaw.com

Michael E. Dergosits
Teddy Kite Joe
DERGOSITS & NOAH, LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone (415) 705-6377

**STIPULATION AND [PROPOSED] ORDER FOR ONE EXTRA DAY TO FILE JOINT CASE MANAGEMENT STATEMENT –**
C 07-5167 (WDB)

1

|   |   |
|---|---|
|   | Facsimile (415) 705-6383 |
|   | mdergosits@dergnoah.com |
|   | tjoe@dergnoah.com |
| Dated: January 28, 2008 | DEFENDANT BEACON POWER CORPORATION |
|   | By its attorneys, |
|   | /s/ Nathaniel Bruno |
|   | Steven M. Cowley (MA Bar No. 554534) (pro hac vice) |
|   | David G. Conlin (MA Bar No. 094220) (pro hac vice) |
|   | Elizabeth A. Spinney (MA Bar No. 657848) (pro hac vice) |
|   | EDWARDS ANGELL PALMER & DODGE, LLP |
|   | 111 Huntington Ave. |
|   | Boston, MA 02199 |
|   | Telephone (617) 239-0100 |
|   | Facsimile (617) 227-4420 |
|   | scowley@eapdlaw.com |
|   | dconlin@eapdlaw.com |
|   | espinney@eapdlaw.com |
|   |   |
|   | Neil A. Smith, Cal. Bar No. 63777 |
|   | Nathaniel Bruno, Cal. Bar No. 228118 |
|   | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|   | Four Embarcadero Center, 17th Floor |
|   | San Francisco, CA 94111 |
|   | Telephone (415) 434-9100 |
|   | Facsimile (415) 434-3947 |
|   | nsmith@smrh.com |
|   | nbnruno@smrh.com |

As the attorney e-filing this document, and pursuant to General Order No. 45, I hereby attest the counsel whose signature is electronically inscribed above has concurred in the filing of this document. /s/ Nathaniel Bruno

**STIPULATION AND [PROPOSED] ORDER FOR ONE EXTRA DAY TO FILE JOINT CASE MANAGEMENT STATEMENT –**
C 07-5167 (WDB)
2

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The parties shall have through and including January 29, 2008 to file their Joint Case Management Conference Statement prior to the Initial Case Management Conference in this action.

**SO ORDERED.**

Dated: 1/29/08

Honorable Wayne D. Brazil
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR ONE EXTRA DAY TO FILE JOINT
CASE MANAGEMENT STATEMENT –
C 07-5167 (WDB)
3